FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB -7 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 4:07CR 00021 GTE |
| v. | ) | |
| | ) | 18 U.S.C. § 2422(b) |
| | ) | 18 U.S.C. § 3013 & § 3571 |
| MOHAMED FARMI HELMI FAHMI | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
{18 U.S.C. Section 2422(b)}

On or about January 25, 2007, in the Eastern District of Arkansas the defendant,

MOHAMED FARMI HELMI FAHMI

did, using a facility of interstate and foreign commerce, to wit, the Internet, knowingly enticed and attempted to entice a person who he believed to be less than 18 years old to engage in criminal sexual activity for which any person could be charged with a crime under Arkansas law, thereby violating Title 18, United States Code, Section 2422(b).

(END OF TEXT. SIGNATURE PAGE ATTACHED)